# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

Francisco and Jamie Perez-Castillo,

                        Case No. 09-59779
                        Chapter 7
       Debtors.              Honorable Marci B. McIvor

_____/

## NOTICE OF UNDER $5.00 DIVIDEND

**TO THE CLERK OF THE COURT:**

      The attached check in the amount of $9.78 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a). The name(s) and address(es) of the Party(ies) associated with these dividends is (are) as follows:

| CREDITOR NAME | CLAIM NO. | AMOUNT OF DIVIDEND |
|---|---|---|
| Discover Bank<br>DFS Services, LLC<br>POB 3025<br>New Albany, OH 43054 | 1 | $1.68 |
| Chase Bank USA, NA<br>POB 15145<br>Wilmington, DE 19850 | 4 | $3.20 |
| Chase Bank USA, NA<br>POB 15145<br>Wilmington, DE 19850 | 5 | $1.67 |
| Genesee Refrigeration, Inc.<br>G-3375 E. Bristol Road<br>Burton, MI 48529 | 6 | $.45 |

| | | |
|---|---|---|
| Sprint Nextel Correspondence<br>ATTN: Bankruptcy Dept<br>POB 7949<br>Overland Park, KS 66207 | 7 | $.33 |

GE Money Bank
c/o Recovery Management
25 SE 2nd Ave, Suite 1120
Miami, FL 33131

Date: October 11, 2011           /s/ CHARLES J. TAUNT
                                 CHARLES J. TAUNT, Trustee
                                 700 East Maple Road
                                 2nd Floor
                                 Birmingham, MI 48009
                                 (248) 647-1127